AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00440 |
| Savannah Danielle McDonald | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 5/20/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

USMS 49988-509
Fid 11296723 + 112815977

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Savannah Danielle McDonald
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/20/2021

Issuing officer's signature
Digitally signed by G. Michael Harvey
Date: 2021.05.20 16:45:34 -04'00'

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 052021, and the person was arrested on *(date)* 06/11/2021
at *(city and state)* Macon, GA.

Date: 06/11/2021

Arresting officer's signature

Elic Colwell Special Agent
*Printed name and title*